IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUZANNE L. MITCHKA, *Individually and as The Personal Representative of David S. Mitchka, Deceased,* <br><br> Plaintiffs, <br><br> v. <br><br> TRANS UNION, LLC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 3:12-cv-336 HEH <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES**

Plaintiff, SUZANNE L. MITCHKA, individually and as the Personal Representative of DAVID S. MITCHKA, deceased, by counsel, hereby makes the following supplemental disclosures:

**II. Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following additional supplemental documents in her possession and control:

Plaintiff's Bate Stamp Exhibit #'s. 000174-001314 *(Previously produced to Defendant's counsel or produced to Defendant counsel, with Plaintiff's Responses to Requests for Production of Documents)*

Plaintiff reserves the right to further supplement these disclosures.

**SUZANNE L. MITCHKA,** *Individually and as The Personal Representative of David S. Mitchka, Deceased*

_____/s/_____
Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com

Susan M. Rotkis, VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: srotkis@clalegal.com

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Surovell Isaacs Petersen & Levy PLC
4010 University Dr, Second Floor
Fairfax, VA 22030
703-277-9774 - Telephone
703-591-2149 – Facsimile
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

Counsel for Plaintiff

### *CERTIFICATE OF SERVICE*

I hereby certify that on this 20th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Email: gkronenberg@morrismorris.com

Michael Robert Ward
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Email: mward@morrismorris.com


Paul Lee Myers
Strasburger & Price LLP
2801 Network Blvd
Suite 600
Frisco, TX 75034
Email: paul.myers@strasburger.com

    *Counsel for Trans Union, LLC*


    By:   /s/
        Leonard A. Bennett, Esq.
        VSB #37523
        CONSUMER LITIGATION
        ASSOCIATES, P.C.
        763 J. Clyde Morris Boulevard, Suite 1-A
        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@clalegal.com
        *Counsel for Plaintiff*